**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00343-CV**

_____

**STEVE SAXON, INC. D/B/A SAXON ROOFING AND REPAIR, Appellant**

**V.**

**WALTER DAVID D'AMICO, Appellee**

---

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-09-13761-CV**

---

**MEMORANDUM OPINION**

Steve Saxon, Inc. d/b/a Saxon Roofing and Repair, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 12, 2025
Opinion Delivered February 13, 2025
Before Johnson, Wright, and Chambers, JJ.

1